Opinion delivered June 1, 1887.

---

No. 5349.

## J. M. McDevro *v.* The State.

1. INFORMATION — VARIANCE. — The complaint alleges the surname of the accused as McDevro,—the information as McDero. *Held*, that the variance is fatal.
2. PRACTICE—VENUE.—The transcript on appeal failing to show that the venue of the offense was proved in the trial court, this conviction can not stand.

APPEAL from the County Court of Eastland. Tried below before the Hon. J. T. Hammons, County Judge.

The conviction in this case was for an aggravated assault, and the penalty assessed was a fine of five dollars.

*W. P. Sebastian* and *B. F. Cotton*, for the appellant,

*W. L. Davidson*, Assistant Attorney General, for the State.

White Presiding Judge. As stated in the complaint, the surname of the defendant was McDevro. In the information the name is set out as McDero. There is a fatal variance between the complaint and the information as to the name of the defendant.

No venue is shown to have been proved on the trial in the court below.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*